UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HARVEST INVESTMENT MANAGEMENT, LLC,<br><br>　　　　　　Defendant. | Case No.18-cv-01627-VKD<br><br>**ORDER DENYING WITHOUT PREJUDICE REQUEST TO WITHDRAW AS COUNSEL**<br><br>Re: Dkt. No. 27 |

On April 18, 2019, defendant Harvest Investment Management, LLC's ("Harvest") counsel, Catherine M. Corfee and Gregory J. Yu, filed a stipulation for Ms. Corfee to withdraw as counsel for Harvest. Dkt. No. 27. This stipulated request is deficient in two respects.

First, Civil Local Rule 11-5(a) states that counsel may not withdraw until relieved by order of the Court after written notice has been given reasonably in advance to the client and all other parties who have appeared in the case. Counsel's stipulated request says nothing about any notice provided to their client, much less whether Harvest consents to Ms. Corfee's withdrawal.

Second, although Mr. Yu has previously filed submissions on behalf of Harvest, he has not entered a notice of appearance as required by Civil Local Rule 5-1(c)(2) and therefore is not listed as Harvest's counsel on the public docket.

The Court will not permit Ms. Corfee to withdraw until the above deficiencies are rectified and Harvest complies with the applicable local rules.

**IT IS SO ORDERED.**

*///*

Dated: April 19, 2019

                                                                        VIRGINIA K. DEMARCHI
                                                                        United States Magistrate Judge